# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ASHLEY WHEELER,<br><br>        Petitioner,<br><br>    v.<br><br>ANISSA DE LA CRUZ,<br><br>        Respondent. | Case No. 5:23-cv-01385-JLS-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that respondent's Motion to Dismiss (docket no. 12) is granted, petitioner's Motion to Withdraw (docket no. 17) is denied, and Judgment will be entered denying the Petition and dismissing this action with prejudice.

Dated: January 14, 2025

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE