# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ASHLEY WHEELER,<br>        Petitioner,<br>    v.<br>ANISSA DE LA CRUZ,<br>        Respondent. | Case No. 5:23-cv-01385-JLS-SP<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

Dated: January 14, 2025

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE